# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

DIONNE HARDIMAN, individually and on behalf of
all others similarly situated,

    *Plaintiff*,                                **Case No. 9:2024-cv-80029**

vs.

MICHAEL ARAM RETAIL LLC,

    *Defendant*.

_____/

## <u>NOTICE OF DISMISSAL WITHOUT PREJUDICE</u>

Plaintiff, Dionne Hardiman, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1.      All claims of the Plaintiff, Dionne Hardiman, individually, are hereby dismissed without prejudice.

2.      All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.


Date: March 07, 2024


Respectfully Submitted,

**Shamis & Gentile, P.A.**
<u>/s/ Andrew J. Shamis</u>
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 07, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By:     */s/ Andrew J. Shamis*
        Andrew J. Shamis, Esq.
        Florida Bar # 101754


*Counsel for Plaintiff and the Class*