DIONNE HARDIMAN, individually and on behalf of
all others similarly situated,

**Case No. 9:2024-cv-80029**

  *Plaintiff*,

vs.

MICHAEL ARAM RETAIL LLC,

  *Defendant*.

_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Dionne Hardiman, and Defendant, MICHAEL ARAM RETAIL LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1.     All claims of the Plaintiff, Dionne Hardiman, individually, are hereby dismissed without prejudice, with each party to bear their own fees and costs.

2.     All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: March 11, 2024

Respectfully Submitted,

| | |
|---|---|
| **Shamis & Gentile, P.A.** | **Messer Strickler Burnette** |
| /s/ Andrew J. Shamis | /s/ Maureen Walsh |
| Andrew J. Shamis, Esq. | Maureen B. Walsh, Esq. |
| Florida Bar No. 101754 | Florida Bar No. 28179 |
| ashamis@shamisgentile.com | mwalsh@messerstrickler.com |
| 14 NE 1st Avenue, Suite 705 | 12276 San Jose Blvd., Suite 718 |
| Miami, FL 33132 | Jacksonville, FL 32223 |
| Telephone: 305-479-2299 | Tel: (904) 527-1172 |
| | Fax: (904) 683-7353 |

*Counsel for Plaintiff and the Class*          *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By:   */s/ Andrew J. Shamis*
Andrew J. Shamis, Esq.
Florida Bar # 101754

*Attorneys for Plaintiff and the Class*